# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

134012
& (23)

RONALD A. BROWN-BEY,
    Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
    Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134012
COA: 277003
Jackson CC: 07-000131-AH

_____/

On order of the Court, the application for leave to appeal the April 25, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk